United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 22-11136-pmm

Steven Keith     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: May 03, 2022     Form ID: 309A     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Keith, 2711 Jones Blvd, Easton, PA 18045-6049 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| 14688048 | | Bridgecrest Credit Company LLC, 1800 N Colorado St, Gilbert, AZ 85233 |
| 14688052 | + | DC DMV Adjudication Services, PO Box 37135, Washington, DC 20013-7135 |
| 14688051 | + | Daniel David, 7772 Knoll Drive S, Jacksonville, FL 32221-6182 |
| 14688053 | | Delaware Department of Transportation, Delaware E-Z Pass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 14688054 | | Express Lanes, c/o JPMorgan Chase Bank NA, PO Box 28148, New York, NY 10087-8148 |
| 14688057 | + | FMC-Omaha Service Ctr, PO Box 542000, Omaha, NE 68154-8000 |
| 14688059 | + | Linebarger Goggan Blair & Sampson LLP, 4 Penn Center - Ste 910, 1600 John F. Kennedy Blvd, Philadelphia, PA 19103-2818 |
| 14688061 | | Maryland Transportation Authority, PO Box 12853, Philadelphia, PA 19176-0853 |
| 14688062 | + | Medico Construction Equipment, 3647 Shafers Schoolhouse Road, Stroudsburg, PA 18360-7588 |
| 14688064 | | Oliphant Fininical, 1800 Secon Str, Suite 603, Sarasota, FL 34236 |
| 14688065 | + | PA Turnpike Toll By Plate, PO BOX 645631, Pittsburgh, PA 15264-5254 |
| 14688066 | + | Richard Edgerton, PO Box 183, Hampton, NJ 08827-0183 |
| 14688069 | + | Thomas George Associates LTD, PO Box 30, East Northport, NY 11731-0030 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: claputka@laputkalaw.com | May 03 2022 23:54:00 | CHARLES LAPUTKA, Laputka Law Office, 1344 W. Hamilton St., Allentown, PA 18102 |
| tr | + | EDI: QRHHOLBER.COM | May 04 2022 03:58:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | ^ | MEBN | May 03 2022 23:52:08 | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | ^ | MEBN | May 03 2022 23:52:10 | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | ^ | MEBN | May 03 2022 23:52:13 | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | ^ | MEBN | May 03 2022 23:52:06 | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | | EDI: PENNDEPTREV | May 04 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2022 | Form ID: 309A | Total Noticed: 34 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 03 2022 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 03 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 03 2022 23:54:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14688049 | + | EDI: CAPITALONE.COM | May 04 2022 03:58:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14688050 | + | Email/PDF: creditonebknotifications@resurgent.com | May 04 2022 00:00:09 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 14688055 | + | Email/Text: bankruptcy@fncbinc.com | May 03 2022 23:54:00 | First National Collection Bureaus Inc, 50 W Liberty St - Ste 250, Reno, NV 89501-1973 |
| 14688056 | + | EDI: AMINFOFP.COM | May 04 2022 03:58:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14688058 | | EDI: JEFFERSONCAP.COM | May 04 2022 03:58:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14688060 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2022 00:00:09 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-5115 |
| 14688063 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 04 2022 00:00:13 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14688067 | + | EDI: RMSC.COM | May 04 2022 03:58:00 | SYNCB/Littman Jewelers, PO Box 965036, Orlando, FL 32896-5036 |
| 14688068 | + | EDI: RMSC.COM | May 04 2022 03:58:00 | SYNCB/Old Nacy PC, 4125 Winward Plaza, Alpharetta, GA 30005-8738 |
| 14688070 | + | EDI: AGFINANCE.COM | May 04 2022 03:58:00 | WebBank/OneMain, 100 International Dr - Ste 1500, Baltimore, MD 21202-4673 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 05, 2022          Signature:          /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Steven Keith<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–1653 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: | 7    5/2/22 |
| Case number: | 22–11136–pmm | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20
**Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Steven Keith | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2711 Jones Blvd<br>Easton, PA 18045 | |
| 4. | **Debtor's attorney**<br>Name and address | CHARLES LAPUTKA<br>Laputka Law Office<br>1344 W. Hamilton St.<br>Allentown, PA 18102 | Contact phone (610) 477–0155<br>Email: claputka@laputkalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br>Email: trustee@holber.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 5/3/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 8, 2022 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 8/7/22 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**