IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: STEVEN KEITH           : CHAPTER 7
                              :
                              :
            Debtor            : Bankruptcy No. 22-11136 -PMM

### PRAECIPE TO WITHDRAW CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION

TO THE CLERK OF COURTS:

Please withdraw Chapter 7 Trustee's Report of No Distribution previously filed on June 8, 2022, regarding the above captioned debtor.

Date: 6/21/22

ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee