IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: STEVEN KEITH | : | CHAPTER 7 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-11136 - PMM |

## PRAECIPE TO WITHDRAW DOCKET ENTRY MADE ON JUNE 8, 2022

TO THE CLERK OF COURTS:

Please withdraw docket entry made on June 8, 2022 (Meeting of Creditors Held and Concluded) regarding the above captioned debtor.

Date: 6/21/22

ROBERT H. HOLBER, ESQUIRE
Chapter 7 Trustee