IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | :Chapter 7 |
| STEVEN KEITH | : |
| | : |
| | : |
| | : |
| Debtor | :Bankruptcy No. 22-11136 -PMM |

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 28th of July, 2022, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Charles Laputka, Esquire, as follows:

    1. The current deadline for Trustee ~~and any party in interest~~ to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is August 7, 2022. *CL*

    2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until October 6, 2022 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_/s/ Robert H. Holber_  
Robert H. Holber, Esquire  
Chapter 7 Trustee

_/s/ Charles Laputka_  
Charles Laputka, Esquire  
Counsel for Debtor

### ORDER

_Charles Laputka_

AND NOW, this _____ day of _____, 2022, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____  
Patricia M. Mayer  
United States Bankruptcy Judge