IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :Chapter 7
    STEVEN KEITH                 :
                                 :
                                 :
                                 :
                Debtor           :Bankruptcy No. 22-11136 -PMM

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING
TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 28th of July, 2022, it is hereby agreed and
stipulated between the Trustee, Robert H. Holber, Esquire,
Chapter 7 Trustee, and Counsel, Charles Laputka, Esquire, as
follows:

1.    The current deadline for Trustee and any party in
interest to file a Complaint Objecting to Discharge and Time to
Move for Dismissal (or Conversion) is August 7, 2022.

2.    The parties hereby agree, that the Trustee, and any
parties in interest including the U.S. Trustee shall have until
October 6, 2022 to file a Complaint  Objecting to Discharge
and/or filing a Motion to Dismiss (or Convert) pursuant to 11
U.S.C. Section 707(b).  Debtor's attorney certifies that he has
specific authority from the Debtor to enter into this
Stipulation.

_____          _____
Robert H. Holber, Esquire        Charles Laputka, Esquire
Chapter 7 Trustee                Counsel for Debtor


                            ORDER

AND NOW, this 3rd  day of August , 2022, IT IS HEREBY
ORDERED that the above Stipulation be approved and made an Oder
of this Court with full force and effect thereof.

                            _____
                            Patricia M. Mayer
                            United States Bankruptcy Judge