United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Steven Keith  
    Debtor

Case No. 22-11136-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Aug 03, 2022      Form ID: pdf900      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Keith, 2711 Jones Blvd, Easton, PA 18045-6049 |
| 14688048 | | Bridgecrest Credit Company LLC, 1800 N Colorado St, Gilbert, AZ 85233 |
| 14688052 | + | DC DMV Adjudication Services, PO Box 37135, Washington, DC 20013-7135 |
| 14688051 | + | Daniel David, 7772 Knoll Drive S, Jacksonville, FL 32221-6182 |
| 14688053 | | Delaware Department of Transportation, Delaware E-Z Pass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 14688054 | | Express Lanes, c/o JPMorgan Chase Bank NA, PO Box 28148, New York, NY 10087-8148 |
| 14688057 | + | FMC-Omaha Service Ctr, PO Box 542000, Omaha, NE 68154-8000 |
| 14689314 | + | LAKEVIEW LOAN SERVICING, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14689194 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14688059 | + | Linebarger Goggan Blair & Sampson LLP, 4 Penn Center - Ste 910, 1600 John F. Kennedy Blvd, Philadelphia, PA 19103-2818 |
| 14688061 | | Maryland Transportation Authority, PO Box 12853, Philadelphia, PA 19176-0853 |
| 14688062 | + | Medico Construction Equipment, 3647 Shafers Schoolhouse Road, Stroudsburg, PA 18360-7588 |
| 14688064 | | Oliphant Finanical, 1800 Secon Str, Suite 603, Sarasota, FL 34236 |
| 14688065 | + | PA Turnpike Toll By Plate, PO BOX 645631, Pittsburgh, PA 15264-5254 |
| 14688066 | + | Richard Edgerton, PO Box 183, Hampton, NJ 08827-0183 |
| 14688069 | + | Thomas George Associates LTD, PO Box 30, East Northport, NY 11731-0030 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 04 2022 00:00:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 04 2022 00:00:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 00:06:56 | Bridgecrest Acceptance Corporation, c/o AIS Portfo, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14688747 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 00:06:56 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14688858 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 04 2022 00:06:50 | Bridgecrest Acceptance Corporation, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14688049 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 04 2022 00:06:56 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14688050 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 04 2022 00:06:53 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 14688055 | + | Email/Text: bankruptcy@fncbinc.com | Aug 04 2022 00:00:00 | First National Collection Bureaus Inc, 50 W Liberty St - Ste 250, Reno, NV 89501-1973 |
| 14688056 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 04 2022 00:06:53 | First Premier Bank, 3820 N Louise Ave, Sioux |

| | | | |
|---|---|---|---|
| 14688058 | Email/Text: JCAP_BNC_Notices@jcap.com | | Falls, SD 57107-0145 |
| | | Aug 04 2022 00:00:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14688060 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Aug 04 2022 00:06:51 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-5115 |
| 14688063 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Aug 04 2022 00:06:50 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14688067 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 04 2022 00:06:56 | SYNCB/Littman Jewelers, PO Box 965036, Orlando, FL 32896-5036 |
| 14688068 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 04 2022 00:06:56 | SYNCB/Old Nacy PC, 4125 Winward Plaza, Alpharetta, GA 30005-8738 |
| 14688070 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Aug 04 2022 00:06:53 | WebBank/OneMain, 100 International Dr - Ste 1500, Baltimore, MD 21202-4673 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2022                     Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Steven Keith claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :Chapter 7
STEVEN KEITH  :
 :
 :
 :
Debtor  :Bankruptcy No. 22-11136 -PMM

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

AND NOW, this 28th of July, 2022, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and Counsel, Charles Laputka, Esquire, as follows:

1. The current deadline for Trustee ~~and any party in interest~~ to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is August 7, 2022. *CL*

2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until October 6, 2022 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____  _____
Robert H. Holber, Esquire  Charles Laputka, Esquire
Chapter 7 Trustee  Counsel for Debtor

### ORDER

*Charles Laputka*

AND NOW, this 3rd day of August, 2022, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____
Patricia M. Mayer
United States Bankruptcy Judge