United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Steven Keith  
    Debtor

Case No. 22-11136-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Oct 14, 2022      Form ID: 318      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven Keith, 2711 Jones Blvd, Easton, PA 18045-6049 |
| 14688048 | | Bridgecrest Credit Company LLC, 1800 N Colorado St, Gilbert, AZ 85233 |
| 14688052 | + | DC DMV Adjudication Services, PO Box 37135, Washington, DC 20013-7135 |
| 14688051 | + | Daniel David, 7772 Knoll Drive S, Jacksonville, FL 32221-6182 |
| 14688053 | | Delaware Department of Transportation, Delaware E-Z Pass Violations Center, PO Box 697, Dover, DE 19903-0697 |
| 14688054 | | Express Lanes, c/o JPMorgan Chase Bank NA, PO Box 28148, New York, NY 10087-8148 |
| 14688057 | + | FMC-Omaha Service Ctr, PO Box 542000, Omaha, NE 68154-8000 |
| 14688059 | + | Linebarger Goggan Blair & Sampson LLP, 4 Penn Center - Ste 910, 1600 John F. Kennedy Blvd, Philadelphia, PA 19103-2818 |
| 14688061 | | Maryland Transportation Authority, PO Box 12853, Philadelphia, PA 19176-0853 |
| 14688062 | + | Medico Construction Equipment, 3647 Shafers Schoolhouse Road, Stroudsburg, PA 18360-7588 |
| 14688064 | | Oliphant Finanical, 1800 Secon Str, Suite 603, Sarasota, FL 34236 |
| 14688065 | + | PA Turnpike Toll By Plate, PO BOX 645631, Pittsburgh, PA 15264-5254 |
| 14688066 | + | Richard Edgerton, PO Box 183, Hampton, NJ 08827-0183 |
| 14688069 | + | Thomas George Associates LTD, PO Box 30, East Northport, NY 11731-0030 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Oct 15 2022 04:18:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 15 2022 00:16:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 15 2022 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14688049 | + | EDI: CAPITALONE.COM | Oct 15 2022 04:18:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14688050 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 15 2022 00:27:31 | Credit One Bank, 6801 S Cimarron Road, Las Vegas, NV 89113-2273 |
| 14688055 | + | Email/Text: bankruptcy@fncbinc.com | Oct 15 2022 00:16:00 | First National Collection Bureaus Inc, 50 W Liberty St - Ste 250, Reno, NV 89501-1973 |
| 14688056 | + | EDI: AMINFOFP.COM | Oct 15 2022 04:23:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14688058 | | EDI: JEFFERSONCAP.COM | Oct 15 2022 04:23:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 14688060 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2022 00:27:27 | LVNV Funding LLC, 55 Beattie Place, Greenville, SC 29601-5115 |
| 14688063 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 15 2022 00:27:22 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14688067 | + | EDI: RMSC.COM | Oct 15 2022 04:18:00 | SYNCB/Littman Jewelers, PO Box 965036, |

Case 22-11136-pmm    Doc 24    Filed 10/16/22    Entered 10/17/22 00:29:44    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 14, 2022 | Form ID: 318 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5036 |
| 14688068 | + | EDI: RMSC.COM | Oct 15 2022 04:18:00 | SYNCB/Old Nacy PC, 4125 Winward Plaza, Alpharetta, GA 30005-8738 |
| 14688070 | + | EDI: AGFINANCE.COM | Oct 15 2022 04:18:00 | WebBank/OneMain, 100 International Dr - Ste 1500, Baltimore, MD 21202-4673 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 16, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES LAPUTKA | on behalf of Debtor Steven Keith claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Steven Keith** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1653 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 22–11136–pmm | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven Keith

10/13/22

**By the court:**   Patricia M. Mayer
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**